# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | | |
|---|---|---|
| **CANDACE E. ALSTON and THOMAS ALSTON,** | * | |
| Plaintiffs, | * | Civil Action No.: _____ |
| | * | |
| v. | * | |
| **MONARCH BANK,** | * | (Removed from the Circuit Court for Prince George's County, Maryland, Case No.: CAL-16-04356) |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Defendant, Monarch Bank ("Monarch"), by undersigned counsel, hereby files this Notice of Removal in order to remove this action from the Circuit Court for Prince George's County, Maryland, in which it is now pending as Case No.: CAL-16-04356 to the United States District Court for the District of Maryland, and says:

1. On February 24, 2016, undersigned counsel accepted service, via e-mail, of a Complaint and Jury Demand filed in the Circuit Court for Prince George's County, Maryland, styled as *Candace Alston and Tomas Alston v. Monarch Bank*, CAL-16-04356 (the "Complaint"). According to the Complaint's date stamp, and according to the Circuit Court for Prince George's County's docket, Plaintiffs commenced the action on February 23, 2016, less than one year before the filing of this Notice of Removal.

2. Prior to accepting service, on Sunday February 21, 2016, Plaintiff Tomas Alston e-mailed a copy of the yet to be filed Complaint to Paul Mark Sandler, Esquire, who is counsel of record for Monarch Bank in a separate action filed by Plaintiff Candace Alston, *Alston v. Equifax Information Services, LLC, et al.*, which matter is pending in the United States Court for

the District of Maryland, Case No.: 15-cv-3394-TDC. Mr. Alston's e-mail also attached a Motion for Temporary Restraining Order and Preliminary Injunction (the "Motion").

3. Mr. Alston's February 21, 2016 e-mail stated that he would file the Complaint on February 23, 2016, and that Plaintiffs would also be seeking a temporary restraining order. Prior to Plaintiff's February 21, 2016 email, Monarch had not received a copy of, nor did it have any notice of, the Plaintiffs' Complaint.

4. On February 23, 2016, Mr. Alston advised undersigned counsel via telephone that Plaintiffs had filed the Complaint and Motion. Mr. Alston further advised that the Court denied the Motion. The Court's February 23, 2016 Order denying the Motion was docketed on March 1, 2016. On February 24, 2016, as stated, Mr. Alston provided Monarch's counsel with a date-stamped copy of the filed Complaint.

5. The Complaint alleges that both Plaintiffs are residents of the State of Maryland.

6. Plaintiff does not allege a residence or citizenship for Defendant Monarch Bank.

7. Defendant Monarch Bank, the removing party, is a corporation organized and existing pursuant to the laws of the Commonwealth of Virginia, and maintains its principal place of business in Chesapeake, Virginia.

8. Plaintiffs allege that Monarch violated the Real Estate Settlement Procedures Act, 12 U.S.C. §§ 2601 *et seq*, the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq*., and that it committed common law conversion. Plaintiffs claim that, as a result of the alleged wrongdoing, they are entitled to damages in excess of $75,000.00, exclusive of interest, costs, and attorneys fees.

9. Accordingly, the amount in controversy in this case exceeds the sum of $75,000.00, exclusive of interest and costs, and Defendant Monarch Bank neither is, nor was on

the date the Complaint was filed, a citizen of the State of Maryland for purposes of diversity of citizenship. Therefore, this Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1332.

10. Further, this Court has federal question subject matter jurisdiction pursuant to 28 U.S.C. § 1331 as Plaintiff claims liability and damages pursuant to the Federal Real Estate Settlement Procedures Act and the Federal Fair Credit Reporting Act.

11. Removal of the state action is proper, and this Notice is timely filed pursuant to 28 U.S.C. § 1446, in that it is filed within thirty (30) days after Defendant Monarch received notice of, and a copy of the Complaint.

Respectfully submitted,

Date: March 2, 2016

Paul Mark Sandler – Bar No. 00145

Eric R. Harlan – Bar No. 23492
SHAPIRO SHER GUINOT & SANDLER
250 West Pratt Street, Suite 2000
Baltimore, Maryland 21201
Telephone: (410) 385-0202
Facsimile: (410) 539-7611
pms@shapirosher.com
erh@shapirosher.com

*Counsel for Defendant Monarch Bank*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 2nd day of March, 2016, a true and correct copy of the foregoing *Notice of Removal* was served via first-class mail, postage prepaid, and electronic mail, to the following:

> Candace E. Alston
> Thomas Alston
> 10012 Cedarhollow Lane
> Largo, Maryland  20774
> *Plaintiffs pro se*

_____
Eric R. Harlan