# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| CANDACE E. ALSTON,<br><br>    Plaintiff,<br><br>    v.<br><br>MONARCH BANK,<br><br>    Defendant. | Civil Action No. TDC-16-0608 |

# ORDER

On August 9, 2016, with the consent of the parties, the Court consolidated this case with *Alston v. Equifax, et al.*, JFM-15-3394 because the facts and causes of action alleged against Defendant Monarch Bank ("Monarch") in this case duplicated those made against Monarch in *Alston v. Equifax, et al.*. Order, *Alston v. Monarch*, TDC-16-0608, ECF No. 29.  On January 10, 2017, this Court (Motz, J.) dismissed all of Alston's claims against Monarch in *Alston v. Equifax, et al.* and entered judgment in favor of Monarch against Alston in that case, thereby also disposing of all claims in this matter.  Order, *Alston v. Equifax, et al.*, JFM-15-3394, ECF No. 75.

Accordingly, the Clerk is hereby ORDERED to close this case.


Date:  January 12, 2017                               /s/
                                        THEODORE D. CHUANG
                                        United States District Judge